| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | CHAN HEE CHU |
|   | Assistant United States Attorney |
| 3 | MISDEMEANOR UNIT |
|   | 2500 Tulare Street, Suite 4401 |
| 4 | Fresno, California 93721 |
|   | Telephone: (559) 497-4000 |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:23-po-00230-CDB |
| Plaintiff, | [Citation #1754187, CA14] |
| v. | |
| MATTHEW O. IRAHETA, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00230-CDB [Citation #1754187, CA14] against MATTHEW O. IRAHETA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 15, 2023                    Respectfully submitted,

                                            PHILLIP A. TALBERT
                                            United States Attorney

                                        By: /s/ *Chan Hee Chu*
                                            CHAN HEE CHU
                                            Assistant United States Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Rule 48(a) that Case No. 5:23-po-00230-CDB [Citation #1754187, CA14] against MATTHEW O. IRAHETA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:  **December 18, 2023**                    _____
                                                                             UNITED STATES MAGISTRATE JUDGE